UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

| KAREN E. KEEHL, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:18-cv-281 |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | Honorable Phillip J. Green |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## **JUDGMENT**

In accordance with the Memorandum Opinion entered this date:

**IT IS HERBY ORDERED** that the Commissioner's decision is **AFFIRMED**.

Dated: September 12, 2018         /s/ Phillip J. Green
                                                    PHILLIP J. GREEN
                                                    United States Magistrate Judge